# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>　　　　**Plaintiff-Respondent,**<br><br>**vs.**<br><br>**JAMES DALE ROSE,**<br><br>　　　　**Defendant-Petitioner.** | CASE NO: CR01-201-C-EJL<br>　　　　　CV05-248-C-EJL<br><br>**JUDGMENT** |

　　　　Based upon this Court's Memorandum Order, dated March 9, 2006, and the Court being fully advised in the premises;

　　　　**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that Petitioner take nothing from the Respondent and the civil case associated with this matter shall be **DISMISSED IN ITS ENTIRETY**.

　　　　　　　　　　　　　　　　　　　　DATED:  March 21, 2006

　　　　　　　　　　　　　　　　　　　　**Honorable Edward J. Lodge**
　　　　　　　　　　　　　　　　　　　　**U. S. District Judge**

JUDGMENT
06ORDERS\ROSE_JDM.wpd